UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.K., individually, and on behalf of E.K., a minor child with a disability,

            Plaintiffs,

-against-

The Board of Education of the City School District of the City of New York, the New York City Department of Education, the City of New York, and Chancellor Melissa Aviles-Ramos, in her official capacity,

            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/16/2025_

25 Civ. 4986 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiffs' motion for a temporary restraining order and preliminary injunction, ECF No. 10; *see also* ECF Nos. 11–13, as well as Defendants' motion at ECF No. 15. Accordingly:

1. By **June 24, 2025**, Defendants shall respond to Plaintiffs' motion;

2. By **June 25, 2025**, Plaintiffs shall file their reply, if any; and

3. On **June 26, 2025**, at **11:00 a.m.**, the Court shall hold a videoconference hearing on the matter. The parties can access the videoconference at this link.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 15.

    SO ORDERED.

Dated: June 16, 2025
         New York, New York

                                    ANALISA TORRES
                              United States District Judge