UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.K., individually, and on behalf of E.K., a minor
child with a disability,

                          Plaintiffs,

        -against-

The Board of Education of the City School District
of the City of New York, the New York City
Department of Education, the City of New York,
and Chancellor Melissa Aviles-Ramos, in her
official capacity,

                          Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/2025
```

25 Civ. 4986 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' status update dated December 18, 2025. ECF No. 34. Because the parties report that E.K. has been successfully attending a District 75 New York City public school since September, and that they are engaged in settlement negotiations, they shall file a status update with the Court by **January 29, 2026**. The status update shall indicate: (1) whether the parties have reached a settlement of all claims; and (2) whether M.K. seeks a residential placement for E.K.

    SO ORDERED.

Dated: December 30, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge