USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1/27/2026___



# LAW FIRM OF DAYREL SEWELL, PLLC

599 East 2nd Street, Brooklyn, NY 11218
TEL. (347) 787-6824

January 26, 2026

**VIA ECF DELIVERY**
Hon. Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *M.K. v. N.Y.C. Dep't of Educ. et al.*, 1:25-cv-4986 (AT)

Dear, Hon. Judge Torres:

I am Counsel at the LAW FIRM OF DAYREL SEWELL, PLLC, and appearing as attorney of record in the above-referenced matter for Defendants Melissa Aviles-Ramos, in her official capacity as Chancellor of the New York City Department of Education, The Board of Education of the City School District of the City of New York, and the New York City Department of Education ("DOE") (collectively "Defendants").

Defendants' former Assistant Corporation Counsel, Maxim Maiello, is no longer representing Defendants. As new counsel to this case, I write to respectfully request that the Court extend the parties' time to file the ordered joint status letter by thirty (30) days, from January 29, 2026 to February 28, 2026. Plaintiffs' counsel consents to this request. No previous request for the instant extension has been made by Defendants regarding the joint status letter. The requested extension will allow Defendants the opportunity to review the case, speak with Defendants, evaluate Plaintiffs' claims, and is intended to resolve outstanding issues, to the

Re: *M.K. v. N.Y.C. Dep't of Educ. et al.*, 1:25-cv-4986 (AT)
January 26, 2026
Page 2 of 2

extent possible, without the need to unnecessarily burden this Court. The extension of time will also allow our Firm, as newly appointed counsel of record for Defendants, time to review the files and duly represent the Defendants.

Thus, the parties respectfully request that their time to submit the joint status letter be extended to February 28, 2026. The requested, timely extension does not affect any other deadlines currently set by the Court, and there is no scheduled conference or appearance before the Court at this time.

Thank you for your consideration.

Respectfully submitted,


_____/s/_____
Min Jung Kim, Esq.
LAW FIRM OF DAYREL SEWELL, PLLC
599 E. 2nd Street
Brooklyn, NY 11218
Tel.: (347) 787-6824
E-mail: mk@sewellnylaw.com

*Attorneys for New York City Defendants*


cc:    Anton G. Cohen, Esq.; Laura Dawn Barbieri, Esq. (via ECF)
       *Attorneys for Plaintiffs*


GRANTED. By **February 28, 2026**, the parties shall file a status update. The parties are reminded that future requests for extensions shall be made in accordance with Rule I.C of the undersigned's Individual Practices in Civil Cases.

SO ORDERED.

Dated:  January 27, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge